WINDSOR HOUSE ASSOCIATION NO. 1 *v.* NICHOLAS D. TUCCI ET AL.
(14918)

Foti, Landau and Hennessy, Js.

Submitted on briefs January 9—decision released February 13, 1996

*Douglas J. Lewis* filed a brief for the appellant (plaintiff).

*Vincent D. Flaherty* filed a brief for the appellees (named defendant et al.).

PER CURIAM. The judgment is affirmed.